# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.  12-cr-00118-DME

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NATHAN EUGENE PARROTT,

        Defendant.

## MINUTE ORDER

**HONORABLE DAVID M. EBEL**

        The Change of Plea hearing scheduled for Monday, September 24, 2012, has been rescheduled to Wednesday, September 26, 2012, at 2:00 p.m.

        DATED:   September 20  , 2012.