IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00118-DME-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NATHAN EUGENE PARROTT,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, NATHAN EUGENE PARROTT, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution Englewood, Satellite Camp, in Littleton, Colorado, on January 18, 2013, by 12:00 noon, and will travel at his own expense.

        DATED at Denver, Colorado, this 7th day of January, 2013.

        BY THE COURT:

        *s/ David M. Ebel*

        _____
        DAVID M. EBEL
        United States Circuit Judge